623

(No. 75-CC-1044—)

R. R. BOWKER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF EDUCATION, Respondent.

*Opinion filed June 5, 1975.*

R. R. BOWKER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1049—)

MELVINA KLEPPE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed June 5, 1975.*

MELVINA KLEEPE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.